IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Moen, James

Printed: 02/10/09

Case Number: 08 B 26523
Judge: Wedoff, Eugene R
Filed: 10/3/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: December 29, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | American Honda Finance Corporation | Secured | 29,709.17 | 0.00 |
| 2. | American Honda Finance Corporation | Unsecured | 0.00 | 0.00 |
| 3. | RoundUp Funding LLC | Unsecured | 69.26 | 0.00 |
| 4. | Commonwealth Edison | Unsecured | 85.74 | 0.00 |
| 5. | American Express Centurion | Unsecured | 3,125.02 | 0.00 |
| 6. | GMAC Mortgage Corporation | Unsecured | 15,639.52 | 0.00 |
| 7. | Jaguar Credit | Unsecured | 1,669.91 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 85.28 | 0.00 |
| 9. | American Express Travel Relate | Unsecured | 4,247.72 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 68.27 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 2,554.00 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 712.15 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 1,708.91 | 0.00 |
| 14. | Wachovia Bank | Secured | | No Claim Filed |
| 15. | Wachovia Bank | Secured | | No Claim Filed |
| | | | $ 59,674.95 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---:|
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Moen, James

Printed: 02/10/09

Case Number:  08 B 26523
Judge:  Wedoff, Eugene R
Filed:  10/3/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                         Marilyn O. Marshall, Trustee, by:

*[signature]*